

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00167-CV

———————————————

SHOPS AT BROAD, LLC, Appellant

V.

TREZ SHOPS AT BROAD LP, TREZ FORMAN CAPITAL FLORIDA FUNDING, LLC, AND TREZ CAPITAL (FLORIDA) CORPORATION, Appellees

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-333903-22

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Shops at Broad, LLC attempts to appeal from the trial court's April 11, 2023 "Order Granting Defendants/Counter-Plaintiffs/Third-Party Plaintiffs' Motion to Release Funds Held in the Court's Registry." We notified Shops at Broad of our concern that we lacked jurisdiction over this appeal because that order did not appear to be a final judgment or appealable interlocutory order. We warned that unless any party to the appeal filed a response within ten days showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Ten days have passed, and we have received no response.

Our appellate jurisdiction is limited to appeals from final judgments and from interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because this order is neither and because there is no final judgment in this case, we dismiss the appeal for want of jurisdiction.[1] *See* Tex. R. App. P. 42.3(a), 43.2(f); *3-T Expl., Inc. v. Greyfox Energy Partners LP*, No. 2-06-424-CV, 2007 WL 174467, at *1 (Tex. App.—Fort Worth Jan. 25, 2007, no pet.) (mem. op.).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: June 29, 2023

---

[1]We deny all pending motions as moot.